UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:12–cv–07732–MMM–AGR           DATE:   10/25/2012
Title:  GURU DENIM INC V. SEARS ROEBUCK AND CO ET AL

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 10/17/12, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 10/24/12.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90                              **CIVIL MINUTES – GENERAL**                         Initials of Deputy Clerk:  ah