JS-6

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Guru Denim, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>Plaintiff,<br>vs.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; NEW TREND APPAREL, INC., a New York Corporation formerly known as MISS JULIE APPAREL, INC.; PARIS ANGEL FASHION, INC., a New York Corporation; LANY GROUP, LLC, a New York Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 12-CV-07732 JGB (AGRx)<br><br>**ORDER RE DISMISSAL OF DEFENDANTS SEARS, ROEBUCK, AND CO. AND LANY GROUP LLC WITH PREJUDICE**<br><br><br><br>**Hon. Jesus G. Bernal** |

IT IS HEREBY ORDERED that Defendants Sears, Roebuck, and Co. and Lany Group, LLC shall be dismissed from the present action with prejudice pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action. This Court is retained for the purpose of making any further orders necessary or proper for enforcement of the settlement between the parties.

     This Dismissal shall not have preclusive effect on the remaining named Defendants in this action, of whom Plaintiff was not able to effectuate service and who have not appeared in this action.

     IT IS FURTHER ORDERED that this case is otherwise closed and all remaining dates on calendar shall be vacated.

DATE:     July 11, 2014     By: _____
                                                       Hon. Jesus G. Bernal
                                                     United States District Judge